IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 96-41257


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HERADIO ROMEO RIOS, JR,

Defendant-Appellant.


Appeal from the United States District Court
For the Southern District of Texas
(M-96-CR-124-1)


December 8, 1997


Before HIGGINBOTHAM and STEWART, Circuit Judges, and WALTER[*], District Judge.

PER CURIAM:

AFFIRMED.  See Local Rule 47.6.[**]

---

[*]    District Judge of the Western District of Louisiana, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.